IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| KRISTOPHER MICHAEL MORGAN | | PLAINTIFF |
| v. | Civil No. 5:21-cv-05114 | |
| THERESA ROTHE, KCH; JON BECKHAM, KCH; JOLANA WILSON, KCH; SYDNEY SIMMONS, KCH; and CORPORAL TOM MULVANEY | | DEFENDANTS |
| | | |
| KRISTOPHER MICHAEL MORGAN | | PLAINTIFF |
| v. | Civil No. 5:21-cv-05124 | |
| KELLY HINELY, KCH; SYDNEY SIMMONS, KCH; THERESA ROTHE, KCH; JANET HENEY, Summit; CORPORAL RAINES; CORPORAL EMMUS; and SERGEANT SEARS | | DEFENDANTS |
| | | |
| KRISTOPHER MICHAEL MORGAN | | PLAINTIFF |
| v. | Civil No. 5:21-cv-05153 | |
| THERESA ROTHE, KCH; NURSE JON BECKHAM, KCH; NURSE JOLANA WILSON, KCH; SYDNEY SIMMONS, KCH; and RACHEL YOUNG, KCH | | DEFENDANTS |

## CONSOLIDATION ORDER

The Defendants have filed a Motion to Consolidate (ECF No. 30) Case No. 5:21-cv-05124 with cases 5:21-cv-05114 and 5:21-cv-05153. This Motion is **granted.** The claims in all three cases involve the alleged denial of medical care suffered by Plaintiff while he was incarcerated in the Washington County Detention Center. Case number 5:21-cv-05124 contains one additional claim having to do with Plaintiff being denied a newspaper. The majority of the Defendants are

1

the same in these cases. For these reasons, consolidation is proper.

These cases are hereby consolidated for all matters at issue in the case pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. *Morgan v. Rothe, et al.,* 5:21-cv-05114, shall be the lead case. All future pleadings will be filed in the lead case but shall contain the case numbers for all three cases.

A copy of this Order should be filed in 5:21-cv-05124 and 5:21-cv-05114. Case number 5:21-cv-05124 shall be reassigned to United States Magistrate Judge Mark Ford.

IT IS SO ORDERED this 1st day of March 2022.

/s/ *Mark E. Ford*

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE